IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LUQUECE DICKENS,<br><br>    *Plaintiff,*<br><br>VS.<br><br>DOLLAR TREE, INC.,<br><br>    *Defendant.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 9:24-CV-00084<br>§   JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice. [Dkt. 12]. The Parties are seeking a dismissal without prejudice as to all claims Plaintiff has asserted or could have asserted against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby acknowledges that this matter is **DISMISSED WITHOUT PREJUDICE** in its entirety, effective the date of the Parties' Joint Stipulation of Dismissal.

It is **ORDERED** that all Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 3rd day of July, 2024.**

Michael J. Truncale
United States District Judge